JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MARTIN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | Case No.: 5:24-cv-00710-AB-DTB<br><br>[PROPOSED] ORDER RE: STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE |

Having reviewed the stipulation between Plaintiffs Kevin Martin and Force Media LLC and Defendants Fidelissimus, LLC, Brandon Keating, and Davis Tyler, the Court hereby **DISMISSES** this action without prejudice.

**IT IS SO ORDERED.**

Dated: May 20, 2024

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE